SELINA McNAB, Respondent, v. JOHN DUNSMURE McNAB, Appellant.— Order vacating judgment dismissing complaint and granting new trial unanimously affirmed, with ten dollars costs and disbursements, upon authority of *Atkinson* v. *Atkinson* (217 App. Div. 96). If the Illinois decree of divorce obtained by defendant was set aside and nullified on plaintiff's petition, and without notice to defendant or his attorneys in Illinois, the defendant, if so advised, and on proper proof, may obtain at Special Term a stay of the new trial of this action pending his application to vacate or review the nullifying decree in Illinois. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MICHAEL R. O'NEIL, WILLIAM J. O'NEIL and MAMIE RYAN, Appellants, v. MICHAEL O'NEIL, JR., and MICHAEL O'NEIL, JR., as Administrator, etc., of MICHAEL O'NEIL, SR., Deceased, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLES TRUST COMPANY and JAMES F. McNABOE, as Executors of KATE DURYEA, Deceased, and CATHERINE A. JAMISON and Others, Copartners, etc., Appellants, v. THE CITY OF NEW YORK, Respondent, and Another, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLES TRUST COMPANY and JAMES F. McNABOE, as Executors of KATE DURYEA, Deceased, Respondents, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Judgment unanimously affirmed, with costs, upon authority of *Ward* v. *Union Trust Co.* (224 N. Y. 73) and *Wall* v. *Hess* (232 id. 472). Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SAMUEL PROBOLSKY and HARRY PROBOLSKY, Copartners, etc., Respondents, v. ELLEK MARKOWITZ, as Treasurer of Local 87 of the Bakery and Confectionery Workers International Union of America, Defendant. HARRY GREEN and Others, Appellants.— Order adjudging appellants guilty of contempt modified by striking therefrom the provision as to the payment of $500 for counsel fee, there being no proof in the record showing the payment of such fee or as to the value of the services rendered by plaintiffs' counsel. As so modified, the order is affirmed, with ten dollars costs and disbursements. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE HILLMAN and JOSEPH C. STENCIL, Appellants.— Judgments of the County Court of Orange county convicting defendants of the crime of robbery in the first degree, and orders, unanimously affirmed. We are of opinion that the evidence established the fact that the crime charged was committed upon the State highway, within the boundaries of the town of Highlands, Orange county, and that the County Court had jurisdiction. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY STUTZENSTEIN, Appellant.— Judgment of conviction of the County Court of Nassau county and order denying motion for new trial unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.